DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Victor Catalan-Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>VICTOR CATALAN-GODINEZ,<br><br>*Defendant.* | No. 1:11-cr-00120 LJO<br><br>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE<br><br>DATE: November 21, 2011<br>TIME: 1:00 P.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 5, 2011, **may be advanced to November 21, 2011 at 1:00 P.M.**

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Catalan-Godinez wishes to enter his plea and be sentenced as soon as possible.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 16, 2011 | By: /s/ *Ian Garriques*<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Catalan-Godinez - Stipulation to Advance
Status Conference

DANIEL J. BRODERICK
Federal Defender

DATED: November 16, 2011        By:    /s/ *Charles J. Lee*
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       VICTOR CATALAN-GODINEZ

# **O R D E R**

Granted. The matter is hereby advanced as requested.

IT IS SO ORDERED.

**Dated:   November 16, 2011**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE